B 250E
[12/09]

# United States Bankruptcy Court
Eastern District Of Virginia

In re

              Case No. _____
      Debtor(s)      Chapter _____

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

  A petition under title 11, United States Code was filed against you on _____
                                      (date)
in this bankruptcy court, requesting an order for relief under chapter _____ of the Bankruptcy Code

(title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk: | William C. Redden, Clerk<br>United States Bankruptcy Court |
|---|---|

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

| Name and Address of Petitioner's Attorney: |
|---|
|  |

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                               WILLIAM C. REDDEN
                         Clerk of the Bankruptcy Court

                       By:_____
_____                       Deputy Clerk
   Date



*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

## CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:




If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date _____     Signature _____

    Print Name :    _____

    Business Address: _____

                                  _____