# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

RMAA REAL ESTATE HOLDINGS, LLC,

    Debtor.

Case No. 10-15244-RGM
(Chapter 11)

## ORDER

THIS CASE is before the court on the motion of Access National Bank for sanctions under Fed.R.Bankr.P. 9011 and 11 U.S.C. §303(i)(2).  For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED:

1. John Paul Forest, II, and StahlZelloe, P.C., are disqualified for further representation of RMAA Real Estate Holdings, LLC, Brevon Developers, Inc., Roger Amendola, Brett Amendola, Janet Amendola, and Maureen Amendola or any of them for a period two years from the date of entry of this order.  John Paul Forest, II, and StahlZelloe, P.C. shall forthwith withdraw from all representation of the parties and shall not advise them or participate in any further representation except to provide information to any successor counsel that may be retained by the parties but only for the purpose of facilitating a transfer of representation.

2. Roger Amendola, Brett Amendola, Janet Amendola, Maureen Amendola, and Brevon Developers, Inc., are each prohibited from and enjoined not to, individually or collectively (with some or all of the others or with any other individual or entity), directly or indirectly, commence, join in, prosecute, encourage or participate in any bankruptcy filing or any bankruptcy case whether now

RMAA REAL ESTATE HOLDINGS, LLC
Case No. 10-15244-RGM
Page 2 of 2

pending or which may be filed in the future, or whether voluntary or involuntary, by or against

RMAA Real Estate Holdings, LLC.

    3.  Relief under 11 U.S.C. §303(i)(2) is denied.

Alexandria, Virginia
December 10, 2010

                              /s/Robert G. Mayer
                              Robert G. Mayer
                              United States Bankruptcy Judge

Copy electronically to:

Kevin M. O'Donnell
John Paul Forest, II
Jack Frankel

16483